**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MICHAEL MCCLAIN and KRISTINE
MCCLAIN,

      Plaintiffs,

v.

E&L CONSTRUCTION GROUP, INC.,

      Defendant.

CAUSE NO.: 1:25-cv-00120

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendant, E&L Construction Group, Inc., by counsel, James G. Magrames and Kopka Pinkus Dolin PC, hereby petitions the Court for removal of the above-captioned cause from the Huntington Circuit Court, pursuant to 28 U.S.C. Section 1332(a), 28 U.S.C. Section 1441, and 28 U.S.C. Section 1446. In support of this Notice of Removal, Defendant alleges, and states as follows:

### Introduction

1.      This action is being removed to the United States District Court for the Northern District of Indiana, Fort Wayne Division, on the basis of diversity of citizenship.

2.      This civil action was originally filed in the Huntington Circuit Court, Indiana, on September 17, 2024, under Cause No. 35C01-2409-CT-000789 naming E&L Construction Group, Inc. as the lone Defendant.

3.      Defendant, E&L Construction Group, Inc., was served with a copy of the Summons and Complaint for Damages by certified mail on September 23, 2024.

4.      The entirety of all pleadings, process, orders and other filings as required by 28 U.S.C. §1446(a) are attached hereto as:

1

     a. Exhibit "1": Huntington Circuit Court Chronological Case Summary; Appearance of Christopher G. Stevenson on behalf of Plaintiffs; Plaintiffs' Complaint for Damages and Request for Jury Trial; Summons to Defendant, E&L Construction Group, Inc.; Certificate of Issuance of Summons to E&L Construction Group, Inc.; Appearance of James G. Magrames on behalf of E&L Construction Group, Inc.; Defendant's Motion for Extension of Time to Plead or Otherwise Respond; Order Granting Defendant's Extension Time to Plead; Defendant's Answer to Complaint for Damages; Telephonic Conference Order.

5. Defendant, E&L Construction Group, Inc., served Plaintiffs with First Requests for Admissions on January 20, 2025.

6. Plaintiffs provided Responses to Defendant's Requests for Admission on February 26, 2025.

     a. Exhibit "2"; Plaintiffs Michael McClain and Kristine McClain's Responses to Defendant E&L Construction Group, Inc.'s Requests for Admission.

7. In said Response, Plaintiffs respond that they are seeking more than Seventy-Five Thousand Dollars ($75,000.00) in damages, exclusive of interest and costs, in this cause of action against Defendant.

8. Defendant hereby timely files this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b)(3) upon receipt of Plaintiffs' Response to Defendant's First Requests for Admissions.

9. Plaintiffs' cause is a civil action for personal injuries arising out of an incident which occurred at a General Motors Company facility located at 12200 Lafayette Center Road, in Roanoke, Allen County, Indiana on March 5, 2024. Plaintiffs allege that the Defendant's agents

or employees were careless and negligent in their actions which led to the alleged injuries of Michael McClain and damages of the Plaintiffs.

## **Basis for Removal**

10.     Removal is proper because the United States District Court has original through complete diversity of citizenship between the parties.  *See 28 U.S.C. §1332*.

11.     Based upon the Plaintiffs' Complaint for Damages and Request for Jury Trial, the Plaintiffs' address is 1011 Jackson Street, in the City of Fort Wayne, Allen County, Indiana.

12.     Based upon the address listed in Plaintiffs' Complaint for Damages and Request for Jury Trial, the Plaintiffs are citizens of the State of Indiana and are domiciled in the State of Indiana at the time suit was filed, when this Notice of Removal was filed, and where they are physically present with the intent to remain indefinitely.

13.     Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See 28 U.S.C. §1332(c)(1)*.

14.     On the date Plaintiffs filed this cause of action and the date this action was removed to the U.S. District for the Northern District of Indiana, E&L Construction Group, Inc., was a domestic for-profit corporation incorporated in the State of Michigan with its principal place of business in Flint, Genesee County, Michigan.

15.     Therefore, E&L Construction Group, Inc. is deemed to be a citizen of the State of Michigan for the purposes of diversity jurisdiction.

16.     Diversity of citizenship exists as the Plaintiffs are citizens of Indiana and the Defendant is citizens of the State of Michigan.

17.    Complete diversity of citizenship exists in this cause insofar as the Plaintiffs are citizens of Indiana, while the Defendant is a citizen of different states apart from Indiana.

18.    Based on the foregoing, venue and jurisdiction are proper before this court.

19.    The amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

20.    Venue is proper in this District under 28 U.S.C. §1446(a) because this District embraces the place where the removed action was originally filed.

21.    Defendant shall promptly file a copy of this Notice of Removal with the Clerk of Court of Huntington Circuit Court, where the action is pending.

    a.  Exhibit "3": A true and correct copy of the planned Notice of Filing Notice of Removal to be filed with the Huntington Circuit Court.

22.    Defendant hereby demands trial by jury of all issues raised by the pleadings herein.

WHEREFORE the Defendant, E&L Construction Group, Inc., respectfully requests removal of the State Court case to the United States District Court for the Northern District of Indiana, Fort Wayne Division, and for any and all just and equitable relief as the Court deems appropriate.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:    */s/ James G. Magrames*
        James G. Magrames (#19729-45)
        *Counsel for E&L Construction Group, Inc.*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel:    219-794-1888
Fax:    219-794-1892
Email: JGMagrames@kopkalaw.com

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2025, I electronically filed the foregoing document using the Court's CM/ECF system. I also certify that on the 14th day of March 2025, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS).

Christopher G. Stevenson
Ball Eggleston, PC
cstevenson@ball-law.com

*/s/ James G. Magrames*