# Exhibit 1

USDC IN/ND case 1:25-cv-00120-ALT document 1-1 filed 03/14/25 page 2 of 30

*Disclaimer: The information contained in this page is a summary of the proceedings and is not intended to serve as a permanent record.*

## Michael McClain, Kristine McClain v. E&L Construction Group, Inc.

| | |
|---|---|
| Case Number | 35C01-2409-CT-000789 |
| Court | Huntington Circuit Court |
| Type | CT - Civil Tort |
| Filed | 09/17/2024 |
| Status | 09/17/2024 , Pending  (active) |

## Parties to the Case

**Defendant**  E&L Construction Group, Inc.

<u>Address</u>
3040 Airpark Drive South
Flint, MI 48507

<u>Attorney</u>
James George Magrames
*#1972945, Retained*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
219-794-1888(W)

**Plaintiff**     McClain, Michael

<u>Attorney</u>
Christopher Gordon Stevenson
*#2468949, Retained*

Ball Eggleston PC
201 Main St
Ste 810
Lafayette, IN 47901
765-742-9046(W)

**Plaintiff**     McClain, Kristine

<u>Attorney</u>
Christopher Gordon Stevenson
*#2468949, Retained*

Ball Eggleston PC
201 Main St
Ste 810
Lafayette, IN 47901
765-742-9046(W)

## Chronological Case Summary

| 09/17/2024 | **Case Opened as a New Filing** |
|---|---|

| 09/17/2024 | **Appearance Filed** |
|---|---|

Appearance

| For Party: | McClain, Michael |
|---|---|
| For Party: | McClain, Kristine |
| File Stamp: | 09/17/2024 |

| 09/17/2024 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Plaintiffs' Complaint and Request for Jury Trial

| Filed By: | McClain, Michael |
|---|---|
| Filed By: | McClain, Kristine |
| File Stamp: | 09/17/2024 |

| 09/17/2024 | Subpoena/Summons Filed | |
|---|---|---|
| | Summons to E&L Construction | |
| | Filed By: | McClain, Michael |
| | Filed By: | McClain, Kristine |
| | File Stamp: | 09/17/2024 |

| 09/30/2024 | Certificate of Service - separately filed | |
|---|---|---|
| | Certificate of Issuance of Summons to E&L Construction Group, Inc. | |
| | Filed By: | McClain, Michael |
| | Filed By: | McClain, Kristine |
| | File Stamp: | 09/30/2024 |

| 10/15/2024 | Appearance Filed | |
|---|---|---|
| | Appearance of J. Magrames obo Defendant | |
| | For Party: | E&L Construction Group, Inc. |
| | File Stamp: | 10/14/2024 |

| 10/15/2024 | Motion for Enlargement of Time Filed | |
|---|---|---|
| | Defendant's Motion for Extension of Time | |
| | Filed By: | E&L Construction Group, Inc. |
| | File Stamp: | 10/14/2024 |

| 10/16/2024 | Order Granting Motion for Enlargement of Time | |
|---|---|---|
| | Motion for Enlargement of Time Filed by Defendant for an Extension of Time granted. | |
| | Judicial Officer: | Smith, Davin G |
| | Noticed: | McClain, Michael |
| | Noticed: | McClain, Kristine |
| | Noticed: | E&L Construction Group, Inc. |
| | Noticed: | Stevenson, Christopher Gordon |
| | Noticed: | Magrames, James George |
| | Order Signed: | 10/16/2024 |

| 10/17/2024 | Automated Paper Notice Issued to Parties | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 10/16/2024 : E&L Construction Group, Inc. | |

| 10/17/2024 | Automated ENotice Issued to Parties | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 10/16/2024 : Christopher Gordon Stevenson;James George Magrames | |

| 11/14/2024 | Answer to a Complaint Filed | |
|---|---|---|
| | Defendant's Answer to Complaint for Damages | |
| | Filed By: | E&L Construction Group, Inc. |
| | File Stamp: | 11/13/2024 |

| 11/27/2024 | Hearing Scheduling Activity | |
|---|---|---|
| | Telephonic Attorney Conference scheduled for 03/03/2025 at 3:15 PM. | |

| 11/27/2024 | Order For Telephone Hearing/Conference | |
|---|---|---|
| | Order setting Telephonic Status Conference for 3/03/2025 at 3:15 p.m. | |
| | Judicial Officer: | Smith, Davin G |
| | Noticed: | Stevenson, Christopher Gordon |
| | Noticed: | Magrames, James George |
| | Order Signed: | 11/27/2024 |

| 11/28/2024 | Automated ENotice Issued to Parties | |
|---|---|---|
| | Hearing Scheduling Activity ---- 11/27/2024 : Christopher Gordon Stevenson;James George Magrames Order For Telephone Hearing/Conference ---- 11/27/2024 : Christopher Gordon Stevenson;James George Magrames | |

| 03/03/2025 | Telephonic Attorney Conference | |
|---|---|---|
| | Session: | |
| | 03/03/2025 3:15 PM, Judicial Officer: Smith, Davin G | |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**McClain, Michael**

Plaintiff

Balance Due as of 03/14/2025
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/17/2024 | Transaction Assessment | 232.00 |
| 09/17/2024 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA          )      IN THE HUNTINGTON COUNTY CIRCUIT COURT
                                    ) SS:
COUNTY OF HUNTINGTON    )     CAUSE NO.: _____

|  |  |
|---|---|
| MICHAEL McCLAIN and KRISTINE McCLAIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| E&L CONSTRUCTION GROUP, INC., | ) ) |
| Defendant. | ) ) ) |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
      Initiating <u>X</u>    Responding _____    Intervening _____; and
      the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Michael McClain
Kristine McClain
1011 Jackson St.,
Fort Wayne, IN 46802

2.     Attorney information for service as required to Trial Rule 5(B)(2):

      Name:    Christopher G. Stevenson     Atty. Number:  24689-49
      Address:  201 Main St., Suite 810     Phone:  (765) 742-9046
               Lafayette, IN 47901         Fax:  (765) 742-1966
                                   Email: cstevenson@ball-law.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)       understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.       This is a <u>CT </u>case type as defined in administrative Rule 8(B)(3).

4.       This case involves child support issues. Yes ___No <u> X </u>  (*If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.       This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes __   No <u> X </u> *(If yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*The party shall use the following address for purposes of legal service:

     _____       Attorney's address

     _____       The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us**).

     _____       Another address (provide)

_____

This case involves a petition for involuntary commitment Yes ___    No <u> X </u>

6.       If yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

       a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

       _____

       b. State of Residence of person subject to petition: _____

       c. At least one of the following pieces of identifying information:

       (i) Date of Birth _____

       (ii) Driver's License Number _____

       State where issued _____Expiration date _____

       (iii) State ID number _____

       State where issued _____Expiration date _____

       (iv) FBI number _____

       (v) Indiana Department of Corrections Number _____

       (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____No _____

7.       There are related cases:  Yes ___    No <u> X </u>

8.       Additional information required by local rule:  n/a

9.     There are other party members:  Yes _____  No ___X___

10.    This form has been served on all other parties.  Certificate of Service is
       attached: Yes ____    No _X_

                              Respectfully submitted,

                              /s/ *Christopher G. Stevenson*
                              Christopher G. Stevenson, #24689-
                              49 BALL EGGLESTON, PC
                              201 Main St., Suite 810
                              Lafayette, IN 47901
                              Phone: (765) 742-9046
                              Fax: (765) 742-1966
                              E-Mail: cstevenson@ball-law.com
                              *Attorney for Plaintiff*

3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HUNTINGTON | ) | CAUSE NO.: _____ |

| | |
|---|---|
| MICHAEL McCLAIN and KRISTINE McCLAIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| E&L CONSTRUCTION GROUP, INC., | ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiffs, Michael McClain and Kristine McClain, by counsel, and for their cause of action against Defendant, E&L Construction Group, Inc., state as follows:

### PARTIES

1.    Plaintiffs, Michael McClain and Kristine McClain reside together as husband and wife at 1011 Jackson St., Fort Wayne, Indiana 46802.

2.    Defendant, E&L Construction Group, Inc. (hereinafter "E&L Construction") is a domestic for-profit corporation, incorporated in the State of Indiana, with its principal place of business located at 3040 Airpark Drive South, Flint, Michigan 48507.

3.    The acts and omissions alleged against the Defendant were performed and omitted by and through its agents, employees, and representatives, and each of them, while acting within the course and scope of their employment.

4.    E&L Construction was performing construction work at the General Motors Company facility (hereinafter "GM facility") located at 12200 Lafayette Center Road, Roanoke, Indiana 44783 in Huntington County during a time period preceding March 5, 2024.

1

5.     E&L Construction's work included assembling desks as part of a remodeling project at the in-house medical office in the GM facility.

6.     Michael McClain was a General Motors' employee working as a nurse at the GM facility medical office on and before March 5, 2024.

7.     On March 5, 2024, Michael McClain was speaking to co-workers when he leaned against a desk that was recently assembled by E&L Construction. The desk collapsed causing Michael to fall backwards causing severe injury to his right leg and knee.

8.     Michael McClain suffered a right quadriceps tendon rupture as a result of the collapsed desk and subsequent fall.

9.     Defendant E&L Construction owed a duty to workers at the GM facility to perform their work with reasonable care.

10.    Defendant E&L Construction through its agents or employees acting within the scope of their employment was careless and negligent in one or more of the following respects by:

    a.   failing to properly assemble the desks in the medical office area of the GM facility;

    b.   failing to properly inspect the work completed at the medical office area of the GM facility;

    c.   failing to warn and instruct others concerning incomplete or inadequate work performed in the medical office area of the GM facility; and

    d.   failing to use reasonable care in the completion of its construction work.

11.    As a direct and proximate result of Defendant E&L Construction's negligence, Plaintiff, Michael McClain suffered severe and permanent injuries, incurred substantial medical

expenses, incurred lost wages, suffered great physical pain and severe mental anguish, and will continue to incur such damages in the future.

12.    As a direct and proximate result of Defendant E&L Construction's negligence, Plaintiff, Kristine McClain, Plaintiff has also suffered loss of consortium of her husband.

WHEREFORE, Plaintiffs, Michael McClain and Kristine McClain, pray for judgment against Defendant, E&L Construction Group, Inc., in an amount that will fully and fairly compensate Plaintiffs for their damages, costs of this action, interest as allowed by law, for Trial by Jury, and for all other relief just and proper in the premises.

Respectfully submitted,

BALL EGGLESTON, PC

 /s/ *Christopher G. Stevenson*
Christopher G. Stevenson, #24689-49
201 Main St., Suite 810
Lafayette, IN 47901
Phone: (765) 742-9046
Fax: (765) 742-1966
E-Mail: cstevenson@ball-law.com
*Attorney for Plaintiff*

## REQUEST FOR TRIAL BY JURY

Plaintiffs, Michael McClain and Kristine McClain, by counsel, respectfully request that this matter be tried by a jury.

Respectfully submitted,

BALL EGGLESTON, PC

 /s/ *Christopher G. Stevenson*
Christopher G. Stevenson, #24689-49
201 Main St., Suite 810
Lafayette, IN 47901
Phone: (765) 742-9046

3

Fax: (765) 742-1966
E-Mail: cstevenson@ball-law.com
*Attorney for Plaintiff*

STATE OF INDIANA   )  IN THE HUNTINGTON COUNTY CIRCUIT COURT
          ) SS:
COUNTY OF HUNTINGTON  )  CAUSE NO.: _____

| | |
|---|---|
| MICHAEL McCLAIN and KRISTINE McCLAIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| E&L CONSTRUCTION GROUP, INC., | ) ) |
| Defendant. | ) ) ) |

## SUMMONS

TO DEFENDANT:  **E&L Construction Group, Inc.**
       c/o Incorp Services, Inc.
       3040 Airpark Drive South
       Flint, MI 48507

   You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

   The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

   An answer or other appropriate response in writing to the Complaint must be filed either by your or your attorney within twenty (20) days, commencing on the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

   If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: ___9/17/2024___      _____
             (Seal) Clerk, Huntington Superior Court

**(The following manner of service of summons is hereby designated)**

 __X__ Registered or certified mail
 _____ Service at place of employment, to-wit: _____
 _____ Service on individual C (Personal or copy) at above address.
 _____ Service on agent. (Specify) _____
 _____ Other service. (Specify) _____

Christopher G. Stevenson     BALL EGGLESTON, PC
Attorney for Plaintiff       201 Main St., Suite 810
             Lafayette, IN 47901
             Phone: (765) 742-9046
             Fax: (765) 742-1966

1

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____day of _____,
20_____:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant, _____
(2) By leaving a copy of the Summons and a copy of the Complaint at _____
which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.
(3) Other Service or Remarks: _____

Sheriff's Costs: _____          Sheriff

By: _____
        Deputy

### *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the _____day of _____, 20___, I mailed a copy of this Summons and a
copy of the Complaint to the Defendant, _____, by certified mail, requesting
a return receipt, at the address furnished by the Plaintiff.

Dated: _____          _____
                                    Clerk, Marion County Superior Court

By: _____
        Deputy

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and
a copy of the Complaint mailed to Defendant, _____, was accepted by the
Defendant on the ___day of _____, 20___.
I hereby certify that the attached return receipt was received by me showing that the Summons and
a copy of the Complaint was returned not accepted on the _____day of _____,
20___.
I hereby certify that the attached return receipt was received by me showing that the Summons
and a copy of the Complaint mailed to Defendant _____, was accepted
by
_____on behalf of said Defendant on the _____day of _____, 20___.

_____
Clerk, Marion County Superior Court

By: _____
        Deputy

Filed: 9/30/2024 11:53 AM
Clerk
Huntington County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HUNTINGTON | ) | CAUSE NO.: 35C01-2409-CT-000789 |

MICHAEL McCLAIN and KRISTINE )
McCLAIN )
                 )
         Plaintiffs, )
                 )
         vs. )
                 )
E&L CONSTRUCTION GROUP, INC. )
                 )
         Defendant. )

## CERTIFICATE OF ISSUANCE OF SUMMONS TO
## E&L CONSTRUCTION GROUP, INC.

      I hereby certify that on September 18, 2024, I mailed a copy of the Summons and a

copy of the Complaint for Damages to the Defendant, E&L Construction Group, INC., 3040

Airpark Drive South, Flint MI 48507, by certified mail, tracking number 7022 3330 0000 6890

8386, requesting a return receipt to the office of Ball Eggleston, PC. Attached as Exhibit "A"

is a copy of the Certified Mail Receipt.

                                         Respectfully submitted,

                                         BALL EGGLESTON, PC

                                         /s/ Christopher G. Stevenson
                                         Christopher G. Stevenson, #24689-49
                                         BALL EGGLESTON PC
                                         201 Main Street, Suite 810
                                         Post Office Box 1535
                                         Lafayette, IN  47902
                                         Telephone:  (765) 742-9046
                                         Facsimile:  (765) 742-1966
                                         Email: cstevenson@ball-law.com
                                         *Attorneys for Plaintiffs*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature       Huntington County, Indiana <br> X _Marilyn Miller_  ☑ Agent  ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery <br> _Tiffany Miller_   9-23-24 |
| 1. Article Addressed to: <br><br> E&L Construction Group, Inc <br> c/o Incorp Services, Inc. <br> 3040 Airpark Drive South <br> Flint, MI 48507 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 8399 3156 2527 17 | 3. Service Type <br> ☐ Adult Signature <br> ☐ Adult Signature Restricted Delivery <br> ☐ Certified Mail® <br> ☐ Certified Mail Restricted Delivery <br> ☐ Collect on Delivery <br> ☐ Collect on Delivery Restricted Delivery <br> ☐ Insured Mail <br> ☐ Insured Mail Restricted Delivery ($500) | ☐ Priority Mail Express® <br> ☐ Registered Mail™ <br> ☐ Registered Mail Restricted Delivery <br> ☐ Signature Confirmation™ <br> ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) <br> 7022 3330 0000 6890 8386 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

METROPLEX MI 480

25 SEP 2024 PM 8 L

9590 9402 8399 3156 2527 17

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Lauryn Hunter
201 Main St., Ste 810
P.O. Box 1535
Lafayette, IN 47902

02-153535

108764.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HUNTINGTON | ) | SITTING IN HUNTINGTON, INDIANA |

MICHAEL MCCLAIN and KRISTINE ⟩
MCCLAIN, ⟩
⟩
        Plaintiffs, ⟩
⟩
  v. ⟩    CAUSE NO.: 35C01-2409-CT-000789
⟩
E&L CONSTRUCTION GROUP, INC., ⟩
⟩
        Defendant. ⟩

## FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.    The party on whose behalf this form is being filed is:  Responding
The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### E&L CONSTRUCTION GROUP, INC.

2.    Attorney information for service as required by Trial Rule 5(B)(2):

| | |
|---|---|
| James G. Magrames | Atty Number:  19729-45 |
| KOPKA PINKUS DOLIN PC | Telephone:  (219) 794-1888 |
| 9801 Connecticut Drive | Facsimile:   (219) 794-1892 |
| Crown Point, IN 46307 | Email:  JGMagrames@kopkalaw.com |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.    This is a civil tort case type as defined in administrative Rule 8(B)(3).

4.      I will accept service by:
        Fax at the above noted number: NO
        Email at the above noted address: YES

5.      This case involves child support issues: NO

6.      This case involves a protection from abuse order, a workplace violence restraining order,
        or a no–contact order:  NO

7.      This case involves a petition for involuntary commitment: NO

8.      There are related cases: NO

9.      Additional information required by local rule: NONE

10.     There are other party members: NO

11.     This form has been served on all other parties and Certificate of Service is attached: YES

12.     Defendant, E&L Construction Group, Inc. respectfully demands a jury trial.


                          Respectfully Submitted,

                          KOPKA PINKUS DOLIN PC


                          By: _____
                              James G. Magrames (#19729-45)
                              *Counsel for E&L Construction Group, Inc.*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel:    219-794-1888
Fax:    219-794-1892
Email: JGMagrames@kopkalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 14th day of October 2024, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS).

Christopher G. Stevenson
Ball Eggleston, PC
<u>cstevenson@ball-law.com</u>

*/s/ Ann M. Allen* _____

108764.

| STATE OF INDIANA | ) | | IN THE HUNTINGTON CIRCUIT COURT |
|---|---|---|---|
| | ) SS: | | |
| COUNTY OF HUNTINGTON | ) | | SITTING IN HUNTINGTON, INDIANA |

MICHAEL MCCLAIN and KRISTINE     )
MCCLAIN,     )
    )
       Plaintiffs,     )
    )
   v.     )     CAUSE NO.: 35C01-2409-CT-000789
    )
E&L CONSTRUCTION GROUP, INC.,     )
    )
       Defendant.     )

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO PLEAD**
## **OR OTHERWISE RESPOND**

Comes now Defendant, E&L Construction Group, Inc., by counsel, James G. Magrames and Kopka Pinkus Dolin PC and respectfully requests an additional thirty (30) days within which to answer or otherwise respond to the Plaintiffs' Complaint for Damages which is currently due on October 16, 2024, up to an including November 13, 2024.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: _____
    James G. Magrames (#19729-45)
    *Counsel for E&L Construction Group, Inc.*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel:   219-794-1888
Fax:   219-794-1892
Email: JGMagrames@kopkalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 14th day of October 2024, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS).

Christopher G. Stevenson
Ball Eggleston, PC
<u>cstevenson@ball-law.com</u>

*/s/ Ann M. Allen* _____

STATE OF INDIANA          )          IN THE HUNTINGTON CIRCUIT COURT
                          ) SS:
COUNTY OF HUNTINGTON      )          SITTING IN HUNTINGTON, INDIANA

MICHAEL MCCLAIN and KRISTINE    )
MCCLAIN,                         )
                                )
          Plaintiffs,           )
                                )
     v.                         )          CAUSE NO.: 35C01-2409-CT-000789
                                )
E&L CONSTRUCTION GROUP, INC.,   )
                                )
          Defendant.            )

**ORDER ON DEFENDANT'S EXTENSION OF TIME TO PLEAD**

Comes now the Court, having reviewed Defendant, E&L Construction Group, Inc.'s Motion for Extension of Time to Plead or Otherwise Respond to the Plaintiffs' Complaint for Damages and being duly advised in the premises now hereby grants same.

**IT IS SO ORDERED** that the Defendant, E&L Construction Group, Inc., shall have up to and including November 13, 2024, within which to plead or otherwise respond Plaintiffs' Complaint for Damages.

10/16/2024
_____
DATE

_____
JUDGE, Huntington Circuit Court

**DISTRIBUTION:**
James Magrames
Christopher G. Stevenson

1

Filed: 11/13/2024 5:51 PM
Clerk
Huntington County, Indiana

108764.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HUNTINGTON | ) | SITTING IN HUNTINGTON, INDIANA |

MICHAEL MCCLAIN and KRISTINE          )
MCCLAIN,                              )
                                     )
          Plaintiffs,                )
                                     )
     v.                              )     CAUSE NO.: 35C01-2409-CT-000789
                                     )
E&L CONSTRUCTION GROUP, INC.,         )
                                     )
          Defendant.                 )

## DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES

Comes now Defendant, E&L Construction Group, Inc., by counsel, James G. Magrames and Kopka Pinkus Dolin PC, and for its answer to Plaintiffs' Complaint for Damages states as follows:

## PARTIES

1.     Plaintiffs, Michael McClain and Kristine McClain reside together as husband and wife at 1011 Jackson St., Fort Wayne, Indiana 46802.

**ANSWER:     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' Complaint for Damages, and therefore denies same.**

2.     Defendant, E&L Construction Group, Inc. (hereinafter "E&L Construction") is a domestic for-profit corporation, incorporated in the State of Indiana, with its principal place of business located at 3040 Airpark Drive South, Flint, Michigan 48507.

**ANSWER:     Defendant denies the allegations contained in Paragraph 2 of Plaintiffs' Complaint for Damages.**

1

3.      The acts and omissions alleged against the Defendant were performed and omitted by and through its agents, employees, and representatives, and each of them, while acting within the course and scope of their employment.

**ANSWER:**    **Defendant denies the allegations contained in Paragraph 3 of Plaintiffs' Complaint for Damages.**

4.      E&L Construction was performing construction work at the General Motors Company facility (hereinafter "GM facility") located at 12200 Lafayette Center Road, Roanoke, Indiana 44783 in Huntington County during a time period preceding March 5, 2024.

**ANSWER:**    **Defendant admits the allegations contained in Paragraph 4 of Plaintiffs' Complaint for Damages.**

5.      E&L Construction's work included assembling desks as part of a remodeling project at the in-house medical office in the GM facility.

**ANSWER:**    **Defendant admits the allegations contained in Paragraph 5 of Plaintiffs' Complaint for Damages.**

6.      Michael McClain was a General Motors' employee working as a nurse at the GM facility medical office on and before March 5, 2024.

**ANSWER:**    **Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiffs' Complaint for Damages, and therefore denies same.**

7.      On March 5, 2024, Michael McClain was speaking to co-workers when he leaned against a desk that was recently assembled by E&L Construction. The desk collapsed causing Michael to fall backwards causing severe injury to his right leg and knee.

**ANSWER**:    Defendant denies the allegations contained in Paragraph 7 of Plaintiffs' Complaint for Damages.

8.    Michael McClain suffered a right quadriceps tendon rupture as a result of the collapsed desk and subsequent fall.

**ANSWER**:    **Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiffs' Complaint for Damages, and therefore denies same.**

9.    Defendant E&L Construction owed a duty to workers at the GM facility to perform their work with reasonable care.

**ANSWER**:    **Defendant admits to owing only those duties which are prescribed under Indiana law and denies owing any duty in the specific form alleged in Paragraph 9 of Plaintiffs' Complaint for Damages.**

10.    Defendant E&L Construction through its agents or employees acting within the scope of their employment was careless and negligent in one or more of the following respects by:

a.    failing to properly assemble the desks in the medical office area of the GM facility;

b.    failing to properly inspect the work completed at the medical office area of the GM facility;

c.    failing to warn and instruct others concerning incomplete or inadequate work performed in the medical office area of the GM facility; and

d.    failing to use reasonable care in the completion of its construction work.

**ANSWER**:    **Defendant denies the allegations contained in Paragraph 10, including subparts a. through d., of Plaintiffs' Complaint for Damages.**

11.    As a direct and proximate result of Defendant E&L Construction's negligence, Plaintiff, Michael McClain suffered severe and permanent injuries, incurred substantial medical expenses, incurred lost wages, suffered great physical pain and severe mental anguish, and will continue to incur such damages in the future.

**ANSWER:**    **Defendant denies the allegations contained in Paragraph 11 of Plaintiffs' Complaint for Damages.**

12. As a direct and proximate result of Defendant E&L Construction's negligence, Plaintiff, Kristine McClain, Plaintiff has also suffered loss of consortium of her husband.

**ANSWER:**    **Defendant denies the allegations contained in Paragraph 12 of Plaintiffs' Complaint for Damages.**

**WHEREFORE**, Defendant, E&L Construction Group, Inc., by counsel, prays that the Plaintiffs take nothing by way of their Complaint for Damages, for judgment in favor of the Defendant, and for all other just and proper relief in the premises, including the costs of this action.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: _____

James G. Magrames (#19729-45)
*Counsel for E&L Construction Group, Inc.*

**FIRST AFFIRMATIVE DEFENSE**

Defendant, E&L Construction Group, Inc., by counsel, for its First Affirmative Defense to the Plaintiffs' Complaint for Damages, alleges and says:

1.    As to any rhetorical paragraphs not heretofore specifically admitted, denied or otherwise controverted, the same are hereby denied at this time.

4

**WHEREFORE**, Defendant, E&L Construction Group, Inc., by counsel, prays that the Plaintiffs take nothing by way of their Complaint for Damages, for judgment in favor of the Defendant, and for all other just and proper relief in the premises, including the costs of this action.

## SECOND AFFIRMATIVE DEFENSE

Defendant, E&L Construction Group, Inc., by counsel, for its Second Affirmative Defense to the Plaintiffs' Complaint for Damages, alleges and says:

1.    The Defendant hereby reserves the right to add additional affirmative defenses as these become known through the process of discovery.

**WHEREFORE**, Defendant, E&L Construction Group, Inc., by counsel, prays that the Plaintiffs take nothing by way of their Complaint for Damages, for judgment in favor of the Defendant, and for all other just and proper relief in the premises, including the costs of this action.

## THIRD AFFIRMATIVE DEFENSE

Defendant, E&L Construction Group, Inc., by counsel, for its Third Affirmative Defense to the Plaintiffs' Complaint for Damages, alleges and says:

1.    Plaintiffs failed to mitigate their damages.

**WHEREFORE**, Defendant, E&L Construction Group, Inc., by counsel, prays that the Plaintiffs take nothing by way of their Complaint for Damages, for judgment in favor of the Defendant, and for all other just and proper relief in the premises, including the costs of this action.

## FOURTH AFFIRMATIVE DEFENSE

Defendant, E&L Construction Group, Inc., by counsel, for its Fourth Affirmative Defense to the Plaintiffs' Complaint for Damages, alleges and says:

1.    Plaintiffs' damages as alleged were the direct and proximate result of their negligence constituting more than 50% and the Plaintiffs are therefore barred from recovery and their damages comparatively reduced if less than 50%.

**WHEREFORE**, Defendant, E&L Construction Group, Inc., by counsel, prays that the Plaintiffs take nothing by way of their Complaint for Damages, for judgment in favor of the Defendant, and for all other just and proper relief in the premises, including the costs of this action.

## <u>FIFTH AFFIRMATIVE DEFENSE</u>

Defendant, E&L Construction Group, Inc., by counsel, for its Fifth Affirmative Defense to the Plaintiffs' Complaint for Damages, alleges and says:

1.      The Plaintiffs' damages were caused in full or in part by the fault of General Motors Company, a non-party to this action.

**WHEREFORE**, Defendant, E&L Construction Group, Inc., by counsel, prays that the Plaintiffs take nothing by way of their Complaint for Damages, for judgment in favor of the Defendant, and for all other just and proper relief in the premises, including the costs of this action.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: _____
       James G. Magrames (#19729-45)
       *Counsel for E&L Construction Group, Inc.*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel:    219-794-1888
Fax:    219-794-1892
Email: JGMagrames@kopkalaw.com

## JURY DEMAND

The Defendant, E&L Construction Group, Inc., by and through its attorneys, James G. Magrames and Kopka Pinkus Dolin PC, demands trial by jury as to all issues herein.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: _____
        James G. Magrames (#19729-45)
        *Counsel for E&L Construction Group, Inc.*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel:    219-794-1888
Fax:    219-794-1892
Email: JGMagrames@kopkalaw.com

## CERTIFICATE OF SERVICE

I certify that on the 13th day of November 2024, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS).

Christopher G. Stevenson
Ball Eggleston, PC
cstevenson@ball-law.com

                    */s/ Ann M. Allen* _____

STATE OF INDIANA         )     IN THE HUNTINGTON CIRCUIT COURT
                                   ) SS:
COUNTY OF HUNTINGTON   )
                                   )       CAUSE NO. 35C01-2409-CT-000789
                                   )
Michael McClain              )
                                   )
&                               )
                                   )
Kristine McClain,           )
       Plaintiff,         )
                                   )
       v.                   )
                                   )
E&L Construction Group, Inc.   )
       Defendant.       )

## **TELEPHONIC CONFERENCE ORDER**

   The Court having received Defendant's Answer to Complaint for Damages filed on 11/14/2024 hereby orders the parties to appear before the Court for hearing.

   A telephonic attorney conference is scheduled for March 3 2025 at 3:15 p.m. Counsel shall appear telephonically by calling the Court (260-358-4814) at the set time.

       So **ORDERED** this 27th[st] day of November, 2024


_____

       Davin G. Smith, Judge
       Huntington Circuit Court