# Exhibit 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON CIRCUIT COURT |
| | ) | |
| COUNTY OF HUNTINGTON | ) | CAUSE NO.: 35C01-2409-CT-000789 |
| | | |
| MICHAEL McCLAIN and | ) | |
| KRISTINE McCLAIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E&L CONSTRUCTION GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS MICHAEL McCLAIN AND KRISTINE McCLAIN'S RESPONSES TO DEFENDANT E&L CONSTRUCTION GROUP, INC.'S REQUESTS FOR ADMISSION**

Comes now Plaintiffs, Michael McClain and Kristine McClain, and hereby submits their responses to Defendant's, E&L Construction Group, Inc., First Request for Admissions as follows:

1. Admit that plaintiffs seek Seventy-Five Thousand Dollars ($75,000.00) or more in damages, exclusive of interest and costs, in this cause of action against defendant.

**RESPONSE:  Admit.**


2. Admit that plaintiffs seek an amount in damages less than the sum of Seventy- Five Thousand Dollars ($75,000.00), exclusive of interest and costs, in this cause of action against defendant.

**RESPONSE:  Deny.**

Respectfully submitted,

*/s/ Christopher G. Stevenson*
Christopher G. Stevenson, #24689-49
Ball Eggleston, PC
201 Main Street, Suite 810
P.O. Box 1535

1

                                      Lafayette, IN 47902
                                      Tel: (765) 742-9046
                                      Fax: (765) 742-1966
                                      cstevenson@ball-law.com
                                      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on the following counsel of record via the Court's e-filing system and email on February 26, 2025:

James G. Magrames, #19729-45
KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel: (219) 794-1888
Fax: (219) 794-1892
JGMagrames@kopkalaw.com
*Attorney for Defendant*

                                      */s/ Christopher G. Stevenson*
                                      Christopher G. Stevenson, #24689-49
                                      *Attorney for Plaintiffs*