# Exhibit 3

108764.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HUNTINGTON | ) | SITTING IN HUNTINGTON, INDIANA |

| | |
|---|---|
| MICHAEL MCCLAIN and KRISTINE MCCLAIN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CAUSE NO.: 35C01-2409-CT-000789 |
| E&L CONSTRUCTION GROUP, INC., ) ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

COMES NOW Defendant, E&L Construction Group, Inc., by and through its attorneys, James G. Magrames and Kopka Pinkus Dolin PC, hereby give notice to the Court and all counsel of record that on the 14th day of March 2025, Defendant filed a NOTICE OF REMOVAL in the United States District Court for the Northern District of Indiana, Fort Wayne Division, a copy of which is attached hereto.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: _____
James G. Magrames (#19729-45)
*Counsel for E&L Construction Group, Inc.*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel:   219-794-1888
Fax:   219-794-1892
Email: JGMagrames@kopkalaw.com

1

## CERTIFICATE OF SERVICE

     I certify that on the 14th day of March 2025, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS).

    Christopher G. Stevenson
    Ball Eggleston, PC
    cstevenson@ball-law.com

                                          */s/ Ann M. Allen*